Filing This Complaint
Under The civil Rights Act, u.s.c.&1983
Under Color Of Law & State.

In The United States District
Court For ____________

JUAN C MARTINEZ

CA 07 037S

Enter Above The Full Name
Of The Plaintiff In This Action.

v.

OFFICER TRAVISON

Enter Above The Full Name Of The
Defendant Or Defendant's In This Action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes( ) No(X)

B. If your answer to A is yes, describe the lawsuit in the space below. If there is more then one, describe the additional lawsuits on another piece of paper, using the same outline.

1. Parties to this Previous lawsuit

Plaintiffs ____________

Defendants ____________

2. Court if federal court, name the district; if state court, name the county.

____________

3. Docket Number ____________

4. Name of judge to whom case was assinged ____________

5. Disposition for example: Was the case Dismissed? Was it Appealed? Is it still pending?

6. Approximate date of filing lawsuit ____________

7. Approximate date of disposition ____________

11. Place of Present Confinement ____________

A. Is there a prisoner grievance procedure in this institution?

Yes( ) No (X)

C. If your answer is yes

1. What steps did you take? ____________

2. What was the result? ____________

D. If your answer is No, explain why not BECAUSE EVERY TIME I TRIED TO SPEAK WITH HIM HE THE CAPTAIN AND LT did NOT LISTE TO ME

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (X) No ( )

F. If your answer is Yes,

1. What steps did you take? NOT LISTE TO ME

2. What was the result? NOT TAKE

111. Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff JUAN C MARTINEZ

Address PO BOX 8274 CRANSTON RI 02920

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant OFFICER THAVISON is employed as Officer MED-1 8274 at CRANSTON RI 02920 The PARTMENT of CORRECTION

C. Additional Defendants

Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

I WRITE TO COURT because I HAVE program SEXUAL ASSAUIT officer THAVISON CAlled Ripper IN FRONT of THE OTHER INMATES OFFICER USE power TORTURE USE Forced NECESARRI I Need NOT-CONTACT ORDER I Need Help OFFICER THAVISON

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Need NOT CONTACT ORDER OFFICER THAVISON because OFFICER THAVISON USE powe AND TORTURE FROM INMATES

Signed this Jan 1 day of 16 2007

Signature of Plaintiff

[signature]

I declare Under penalty of perjury that the foregoing is true and correct.

Date 1/16/07 Signature of Plaintiff

[signature]