STATE OF RHODE ISLAND
Rhoude R.I, SC

Providence COURT

Juan C Martinez *
*
vs. *
Officer Travison *

CA 07 0375

CA. No# ______________

## MOTION TO RESCIND NO-CONTACT ORDER

Now comes the Plaintiff/Defendant, Officer Travison, and requests that this Honorable Court rescind, temporarily or otherwise, the No-Contact Order issued in the above-numbered case. The Plaintiff/Defendant is acting Pro-Se in this matter and files this Motion pursuant to Rule 60(b) of the Superior Court Rules of Civil Procedure.

WHEREFORE, Plaintiff/Defendant prays this Court grant the relief sought and any other relief afforded in accordance with this Motion.

Dated: 1/16/07

Pro-Se

P.O. Box 8274
Cranston, R.I. 02920

## CERTIFICATION