**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN C. MARTINEZ**

v. **C.A. No. 07 - 037 S**

**OFFICER TRAVISON**

## MEMORANDUM AND ORDER

Confined at the Adult Correctional Institutions in Cranston, Rhode Island, *pro se* plaintiff Juan C. Martinez filed a Complaint and named as a defendant Officer Travison, a correctional officer at the Rhode Island Department of Corrections. In his sparsely written Complaint, Plaintiff alleges that Officer Travison called the plaintiff a "ripper" in front of other inmates. The Court notes that the term "ripper" in prison parlance is used to refer to child molesters.

The United States Supreme Court has long held that prison officials "must take reasonable measures to guarantee the safety of inmates." Farmer v. Brennan, 511 U.S. 825, 831 (1994). "[P]rison officials have a duty to protect prisoners from violence at the hands of other prisoners." Id. Despite this long established precedent, it is alleged here that this officer-defendant intentionally created a situation which places the plaintiff at risk of harm. Indeed, implicit in plaintiff's allegations is an underlying threat of harm created by this officer's alleged use of that term when referring to the plaintiff in the presence of other inmates. Such an action, if true, can not, and should not, be condoned or tolerated.

Accordingly, **IT IS HEREBY ORDERED**:

**1**. Plaintiff's Motion to proceed *in forma pauperis* is **GRANTED**.

**2**. The U.S. Marshal is hereby directed to serve a copy of the Complaint and a summons on Officer Travison *forthwith.*

**3**. The Rhode Island Department of Corrections' legal counsel is hereby directed to file a Response to this Order which details what steps, if any, have been taken to protect the plaintiff from harm from other inmates. The Response shall be provided to the Court within ten calendar days from the date of this Order. No extensions will be permitted.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
February 13, 2007