UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN C. MARTINEZ

v. C. A. NO. 07-037 S

OFFICER TRAVISON

RHODE ISLAND DEPARTMENT OF CORRECTONS'
RESPONSE TO COURT ORDER, DATED FEBRUARY 13, 2007

The instant response is filed pursuant to Senior United States Magistrate Judge Jacob Hagopian's Order, dated February 13, 2007.

Pro Se Plaintiff, Juan C. Martinez, who is confined at the Adult Correctional Institutions in Cranston, Rhode Island, has filed a complaint against "Officer Travison" a Correctional Officer at the Department of Corrections. Plaintiff, in his complaint, has alleged that Officer Travison has called the Plaintiff "a ripper" (child molester) in the presence of other inmates. This Honorable Court, on February 13, 2007 issued an Order directing Legal Counsel for the Department of Corrections to file a response concerning any steps that have been taken to protect the Plaintiff from harm by other inmates.

On February 16, 2007, Captain Vitale interviewed Plaintiff regarding his interaction with Officer Travison. Plaintiff indicated that approximately four (4) months ago, while housed in B Module, Medium Security, he and Officer Travison were not getting along and he was booked by Officer Travison for "threatening." Plaintiff served ten (10) days of punitive segregation and was returned to B Module. Plaintiff then indicated that Officer Travison, once again, started to harass him and this time, called him "a ripper" in front of the whole block. Plaintiff indicates that he approached Captain Vitale soon thereafter complaining about the conflict with Travison and as a result, Captain Vitale transferred him to F Module, Medium Security. Plaintiff then indicated that he was subsequently transferred back to B Module, Medium Security, where he has remained for approximately the last four (4) weeks, and that there have been no further

issues with Officer Travison. Plaintiff at this point does not wish to pursue allegations of harassment against Travison and does not feel his safety is compromised.

Captain Vitale verified, through Departmental records that Plaintiff, in fact, was disciplined, receiving ten (10) days of punitive segregation and that he was transferred from B Module to F Module and then subsequently, back to B Module. Captain Vitale recalls being approached by Plaintiff regarding not getting along with Officer Travison and as a result, Captain Vitale transferred Plaintiff to F Module. Captain Vitale does not recall any claim made by Plaintiff that Officer Travison referred to him as "a ripper" in the presence of other inmates. Captain Vitale has also indicated that at the time he transferred Plaintiff to F Module he did not feel Plaintiff was in any danger but wanted to give Plaintiff a change of environment. Captain Vitale presently does not feel Plaintiff is at any risk.

Officer Travison has internally responded to Plaintiff's allegation, indicating that he has never harassed, nor called him "a ripper" in the presence of other inmates. Stephen Boyd, Warden of the Medium Security facility, has reported to the undersigned that, in fact, he has spoken to Officer Travison regarding the seriousness of the allegations and that such conduct by staff is forbidden and cannot be tolerated.

The Department of Corrections, upon request, or further order of this Court, shall provide any additional information as deemed necessary.

Rhode Island Department of Corrections
By its Attorney,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
40 Howard Avenue
Cranston, R. I. 02920
Bar No. 3864

CERTIFICATION

The undersigned certifies that on February 27, 2007, I mailed a true copy of DOC Response to Court Order dated February 13, 2007 to Juan C. Martinez, PO Box 8274, Cranston, RI 02920.

/S/ Michael B. Grant