**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JUAN MARTINEZ

VS. C.A. No. 07 – 37s

RHODE ISLAND DEPARTMENT
OF CORRECTIONS AND
OFFICER TRAVISON

**DISMISSAL STIPULATION**

The undersigned hereby stipulate and agree that the above-captioned matter may be dismissed with prejudice, each side to bear its own attorney's fees, costs and expenses.

Plaintiff, Pro Se,

Juan C. Martinez

Attorney for the Defendant(s),

Michael B. Grant, Esq.

RECOMMEND ENTRY:

Jacob Hagopian
Senior U.S. Magistrate Judge

Date: 20 March 2007

SO ORDERED:

William Smith
U.S. District Judge

ENTERED: