ᵲv. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Juan C. Martinez

V.

Officer Travison

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-037 S

TO: (Name and address of Defendant)

Officer Travison
Medium Security 1
P.O. Box 8274, Cranston, Rhode Island 02920

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ıswer to the complaint which is served on you with this summons, within __________ days after service ɩis summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you he relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the ꞁk of this Court within a reasonable period of time after service.

March 1, 2007

DATE

ꞮRK

) DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 3/23/07 Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: ACI MEDIUM SECURITY

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/23/07
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

This form was electronically produced by John Eichelis and Richard Jones using Omniform Internet Publisher.